RECEIVED
JUL 29 2008
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE-OPELOUSAS DIVISION

| | |
|---|---|
| PACER HEALTH MANAGEMENT CORP., ET AL. | CIVIL ACTION NO. 08-0384 |
| VS. | JUDGE DOHERTY |
| MPS GROUP, INC., ET AL. | MAGISTRATE JUDGE HILL |

## J U D G M E N T

This matter was referred to United States Magistrate Judge C. Michael Hill for Report and Recommendation. No objections have been filed. The Court concludes that the Report and Recommendation of the magistrate judge is correct and therefore adopts the conclusions set forth therein. Accordingly;

**IT IS ORDERED** that the Motion to Dismiss for Lack of Personal Jurisdiction filed by MPS Group, Inc. [rec. doc. 11] is **DISMISSED WITHOUT PREJUDICE** as **MOOT**.

**THUS DONE AND SIGNED**, in chambers, in Lafayette, Louisiana, on this 29 day of July, 2008.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE